ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 30 2006
CLERK, U.S. DISTRICT COURT
By _____
          Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOE THOMAS TUCKER, ID # 03393-078, Petitioner, vs. DAN JOSLIN, Respondent. | No. 3:06-CV-0189-H ECF |

## ORDER ADOPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, filed November 14, 2006, and Petitioner's Objections thereto, filed November 27, 2006, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are ADOPTED as the Findings and Conclusions of the Court, and Petitioner's Objections are OVERRULED.

SIGNED this 30 day of Nov., 2006.

_____
BAREFOOT SANDERS, SENIOR JUDGE
UNITED STATES DISTRICT COURT